# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. 16-30036 |
| Kimberly D. Grant | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## MOTION TO MODIFY A CONFIRMED CH. 13 PLAN

1. Comes now the Debtor(s), Kimberly D. Grant, and hereby moves this Honorable Court to modify the confirmed Chapter 13 plan and/or schedules as follows:

2. **Amended Schedules**:

3. **Amended Plan**:

4. **Amended Cram-Down Provisions**:

/s/ Richard D. Shinbaum ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day February 1, 2018.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Lollar Motors Lollar Motors 37 Clayton Street Montgomery AL, 36104