UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 16-30036-WRS
                                                                      Chapter 13

Kimberly D. Grant,

    Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 35) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on April 9, 2018, at which time the debtor requested additional time to consider the conversion of this case to a case under chapter In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective *14* days from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date

Done this 9th day of April, 2018.

William R. Sawyer, Chief
United States Bankruptcy Judge

c:    Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    All Creditors