# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 16-30036-WRS |
| | Chapter 13 |
| Kimberly D. Grant, | |
|     Debtor. | |

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 35) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on April 9, 2018, at which time the debtor requested additional time to consider the conversion of this case to a case under chapter In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective *14* days from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date

Done this 9th day of April, 2018.

William R. Sawyer, Chief
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                            Case No. 16-30036-WRS
Kimberly D. Grant                                                 Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 1127-2         User: kcopeland              Page 1 of 1          Date Rcvd: Apr 09, 2018
                             Form ID: pdfALL              Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
```
db          +Kimberly D. Grant,    1002 B Victor Tulane Circle,    Montgomery, AL 36104-4556
3464417     +ADVANCE CHECK EXPRESS,    3 HOLIDAY DRIVE,    Montgomery, AL 36109-2793
3464419     +ALABAMA TITLE LOANS,    3530 ATLANTA HWY.,    MONTGOMERY, AL 36109-3620
3464424     +CHECK INTO CASH,    3448 ATLANTA HWY,    Montgomery, AL 36109-2704
3464412      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3464414      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3464425     +EZ MONEY,    1100 ANN STREET,    Montgomery, AL 36107-3002
3464426     +EZ PAYDAY,    979 ANN STREET,    Montgomery, AL 36107-2901
3464427     +HCBC,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3464428     +HSBC BANK,    PO BOX 5253,    Carol Stream, IL 60197-5253
3464429     +Lollar Motors,    37 Clayton Street,    Montgomery, AL 36104-4015
3464413     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3464415     +E-mail/Text: bankruptcy1@acecashexpress.com Apr 09 2018 21:36:55     ACE CASH EXPRESS,
              3038 WOODLEY RD,    Montgomery, AL 36116-3149
3464416     +Fax: 864-336-7400 Apr 10 2018 00:20:00     ADVANCE AMERICA,    2553 MADISON AVE,
              Montgomery, AL 36107-2003
3464418     +E-mail/Text: EBNProcessing@afni.com Apr 09 2018 21:36:52     AFNI-BLOOM,    PO BOX 3097,
              Bloomington, IL 61702-3097
3464420      E-mail/Text: g17768@att.com Apr 09 2018 21:35:40     AT&T,    P.O. Box 105503,
              Atlanta, GA 30348-5503
3464421     +E-mail/Text: barrolawbk@gmail.com Apr 09 2018 21:37:21     BARROW LAW,    400 TRAVIS ST, #1004,
              Shreveport, LA 71101-3139
3464423     +E-mail/Text: bankruptcy@cavps.com Apr 09 2018 21:37:11     CAVALRY SPV II, LLC,
              7 SKYLINE DR, 3RD FLOOR,    Hawthorne, NY 10532-2162
3513552     +E-mail/Text: michael@car-llc.com Apr 09 2018 21:35:33     Capital Asset Recovery,
              P.O. Box 192585,    Dallas, TX 75219-8523
3464430     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2018 21:43:59     LVNVFUNDG,
              PO BOX 10584,    Greenville, SC 29603-0584
3464432     +E-mail/Text: dhrcscbu@dhr.alabama.gov Apr 09 2018 21:35:51     STATE OF ALABAMA HR,
              50 N. RIPLEY STREET,    Montgomery, AL 36130-1001
3464433      E-mail/Text: bankruptcy@tritonmgt.com Apr 09 2018 21:37:33     THE MONEY STORE,
              3375 ATLANTA HWY,    Montgomery, AL 36109
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3464422       ##+CASH MART,    2651 EAST SOUTH BLVD,    Montgomery, AL 36116-2531
3464431       ##+ONE STOP CASH,    1174 S. DECATUR STREET,    Montgomery, AL 36104-5118
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Kimberly D. Grant rshinbaum@smclegal.com,
              scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 3
```